IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Joyce Robbins

Civil Case # 1:20-cv-06130-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Joyce Robbins, who died on or about September 15, 2024.

Dated: February 14, 2025.

                Respectfully Submitted,

                /s/ Thomas Wm. Arbon
                Thomas Wm. Arbon, TX Bar No. 01284275
                **Ben Martin Law Group, PLLC**
                3141 Hood Street, Suite 600
                Dallas, TX 75219
                Tel.: (214) 761-6614
                Fax: (214) 744-7590
                tarbon@bencmartin.com

                ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon